KASSRA P. NASSIRI (215405)
kass@njfirm.com
KENNETH M. WALCZAK (247389)
ken@njfirm.com
NASSIRI & JUNG LLP
47 Kearny Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 762-3100
Facsimile:  (415) 534-3200

Attorneys for Plaintiff
TRAACKR, INC.

THOMAS T. CARMACK, State Bar No. 229324
tom@agilityiplaw.com
DAVID L. LANSKY, State Bar No.199952
dlansky@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 227-4800
Facsimile: (650) 318-3483

Attorneys for Defendants JESSE LEIMGRUBER,
P.J. LEIMGRUBER, MISHA TALAVERA,
BRIAN SOREL, NEOREACH
INCORPORATED and RANK EXECUTIVES
INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAACKR, INC., a Delaware corporation,<br><br>        Plaintiff,<br>    vs.<br><br>JESSE LEIMGRUBER, an individual; PJ LEIMGRUBER aka P.J. LEIMGRUBER aka PETER J. LEIMGRUBER; MISHA TALAVERA, an individual; BRIAN SOREL, an individual; NEOREACH, an unincorporated association; RANK EXECUTIVES INCORPORATED, a Florida corporation; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.  14-cv-02920-NC<br><br>[~~PROPOSED~~] ORDER RE: PENDING DEFAULT MOTIONS AND AMENDING COMPLAINT<br><br>Hearing Date: October 15, 2014<br>Time:         1:00 pm<br>Courtroom:   A, 15th Floor<br>Judge:        Mag. Judge Nathanael M. Cousins<br><br>Federal Rule of Civil Procedure 15(a)(2)<br><br>Local Civil Rules 7-3(b), 7-12 |

**[~~PROPOSED~~] ORDER**

The Court has considered the parties' stipulation and found that good cause supports entry of an order taking the pending default motions off calendar, and permitting Plaintiff to file an Amended Complaint.

The Court hereby ORDERS as follows:

1. Defendants' Motion to Set Aside Default (Docket No. 41) is GRANTED. The clerk shall remove the motion hearing set for October 15, 2014 from the calendar.

2. Plaintiff's Amended Motion for Default Judgment (Docket No. 37) is WITHDRAWN. The clerk shall remove the motion hearing set for October 15, 2014 from the calendar.

3. The Court GRANTS leave for Plaintiff to file an Amended Complaint. Plaintiff shall file its Amended Complaint no later than October 7, 2014.

4. Each party shall bear its own fees and costs associated with Defendants' Motion to Set Aside Default and Plaintiff's Amended Motion for Default Judgment.

5. The Case Management Conference set for October 15, 2014 shall remain on calendar. The parties shall submit a Joint Statement, pursuant to Federal Rule of Civil Procedure 26(f), no later than October 8, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __September 25, 2014__   _____
Nathanael M. Cousins
United States Magistrate Judge



- 1 -

**[~~PROPOSED~~] ORDER RE: PENDING DEFAULT MOTIONS, AMENDING COMPLAINT**
**Case No. 14-cv-02920-NC**