1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

TRAACKR, INC., a Corporation,

Plaintiff,

v.

JESSE LEIMGRUBER, an individual; PJ
LEIMGRUBER aka P.J. LEIMGRUBER
aka PETER J. LEIMGRUBER; MISHA
TALAVERA, an individual; BRIAN
SOREL, an individual; NEOREACH, an
unincorporated association; RANK
EXECUTIVES INCORPORATED, a
Florida corporation; and DOES 1 through
25, inclusive,

Defendants.

Case No.  14-cv-02920 NC

**ORDER OF CONDITIONAL
DISMISSAL**

Re: Dkt. No. 75

The Court having been notified of the settlement of this action, and it appearing that

no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

move to reopen the case and the trial will be rescheduled, provided that such motion is filed

within 60 days of this order.

1    All scheduled dates, including the trial and pretrial dates, are VACATED.

2    IT IS SO ORDERED.

3    Date: January 23, 2015

4                                                 Nathanael M. Cousins
                                                  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 14-cv-02920 NC
ORDER OF CONDITIONAL                    2
DISMISSAL